| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 07, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DERONALD C. BRADFORD,

      Defendant.

Case No. 2:23-mj-00154-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DERONALD C. BRADFORD, Case No. 2:23-mj-00154-JDP, Charge 18 U.S.C. § 1343 and § 2, from custody for the following reasons:

  X  Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

  X  (Other): The Defendant is ordered to appear at the U.S. District Court, Courtroom 8.400, 351 S. West Temple, Salt Lake City, UT 84101 on 1/4/2024 at 10:30 a.m.

Sacramento County Jail is further ORDERED to release the defendant with a  X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 7, 2023 at 2:20 p.m.

By: *[signature]*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE